■ DOROTHY ROSE, Respondent, v. HERBERT J. ROSE, Appellant.— In an action by a wife for an absolute divorce, in which a final judgment had been entered in her favor in 1952, directing, *inter alia,* that the husband pay $25 a week for the support and maintenance of herself and the then infant issue of the marriage, the defendant appeals, as limited by his brief, from so much of an order of the Supreme Court, Kings County, entered July 5, 1963, granting the plaintiff's motion to amend the judgment, as directed that defendant pay $20 a week to the plaintiff for her sole support and maintenance. Order, insofar as appealed from, reversed, without costs, and motion remitted to the Special Term: (a) for a hearing and the taking of proof as to whether there has been such a change in the circumstances of either party since entry of the judgment of divorce as to warrant an increase in the support payments for the wife; and (b) for its determination *de novo* upon the basis of all the proof adduced. In our opinion, questions of fact were presented which should not have been decided on the basis of the conflicting affidavits of the respective parties (*Nabut* v. *Nabut*, 271 App. Div. 935; *Bittson* v. *Bittson*, 7 A D 2d 867; *Frawley* v. *Frawley*, 9 A D 2d 895; *Schulsinger* v. *Schulsinger*, 9 A D 2d 909). Beldock, P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ., concur.

■ NADINE SANDERS, an Infant, by Her Guardian ad Litem, CHARLES SANDERS, et al., Appellants, v. MORRIS ALPINER et al., Respondents.— In an action by an infant to recover damages for personal injury sustained by her when she fell down an open and plainly visible exterior stairway leading into the basement of defendants' one-family house; and by her father to recover damages for medical expenses and loss of services, the plaintiffs appeal from a judgment of the Supreme Court, Queens County, entered November 14, 1962, in favor of the defendants after a jury trial, dismissing the complaint at the end of the entire case. At the time of the accident the infant was about two and one-half years of age. Judgment affirmed, without costs (cf. *Fauci* v. *Milano*, 15 A D 2d 939, affd. 12 N Y 2d 926; *Krause* v. *Alper*, 4 N Y 2d 518; *Carbone* v. *Mackchil Realty Corp.*, 296 N. Y. 154; *Zaia* v. *Lalex Realty Corp.*, 287 N. Y. 689; *Breeze* v. *City of New York*, 275 N. Y. 528; *Dunnier* v. *Doolittle*, 14 A D 2d 179, 180). Beldock, P. J., Christ, Brennan, Hill and Rabin, JJ., concur.